UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEIBSON RODRIGUES COSTA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-13640-MJJ |
| | ) | |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, and DONALD TRUMP, President of the U.S. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**MEMORANDUM OF DECISION AND ORDER**

December 5, 2025

JOUN, D.J.

Neibson Rodrigues Costa ("Mr. Rodrigues Costa" or "Petitioner") entered the United States around 2004. [Doc. No. 1 at ¶ 1]. On December 2, 2025, Mr. Rodrigues Costa was apprehended by Immigration and Customs Enforcement ("ICE"). [*Id*. at ¶ 2]. Mr. Rodrigues Costa petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-

1

12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025

Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr.

Rodrigues Costa is subject to Section 1226(a)'s discretionary detention framework and is thus

eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide

Mr. Rodrigues Costa with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order.

The Respondents are <u>ENJOINED</u> from denying bond to Mr. Rodrigues Costa on the basis that he

is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a

status report within 24 hours of the bond hearing, stating whether Mr. Rodrigues Costa has been

granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge

2